**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __**7**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jack & Ginger's Dogcare, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3789142 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5111 N. Lincoln Ave.**<br>**Chicago, IL 60625**<br>Number, Street, City, State & ZIP Code | **c/o Andrea Giuffre**<br>**186 Salem St.**<br>**Wakefield, MA 01880**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor    **Jack & Ginger's Dogcare, Inc**                                    Case number (*if known*) _____
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2016**
　　　　　　　MM / DD / YYYY

**X** **/s/ Andrea Giuffre** 　　　　　　　　　　　　 **Andrea Giuffre**
Signature of authorized representative of debtor 　　　 Printed name

Title 　 **President**

**18. Signature of attorney**

**X** **/s/ Timothy M. Hughes** 　　　　　　　 Date **February 11, 2016**
Signature of attorney for debtor 　　　　　　　　　　　　MM / DD / YYYY

**Timothy M. Hughes**
Printed name

**Lavelle Law, Ltd.**
Firm name

**501 W Colfax**
**Palatine, IL 60067**
Number, Street, City, State & ZIP Code

Contact phone 　**847.705-9698** 　　Email address 　**thughes@lavellelaw.com**

**6208982**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2016**        *X* **/s/ Andrea Giuffre**
_____
Signature of individual signing on behalf of debtor

**Andrea Giuffre**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____600.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ _____600.00

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____9,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................ $ _____24,700.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................ +$ _____20,036.25

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b    $ _____53,736.25

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jack & Ginger's Dogcare, Inc** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Bank of America (closed on apprx. 12/11/2015)** | **Checking** | **$100.00** |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | **$100.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Security deposit with landlord of $5,900.00** | **$0.00** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |

| 9. | **Total of Part 2.** | **$0.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Jack & Ginger's Dogcare, Inc**                    Case number *(If known)* _____
          <sub>Name</sub>

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ■No.  Go to Part 4.
   ☐Yes Fill in the information below.

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

   ■No.  Go to Part 5.
   ☐Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■No.  Go to Part 6.
   ☐Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■No.  Go to Part 7.
   ☐Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐No.  Go to Part 8.
   ■Yes Fill in the information below.

|  | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Misc. furniture (Historical book value of $2,500.00 placed in service 2014** | **$0.00** | | **$500.00** |

| 40. | **Office fixtures** |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | | | **$500.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■No
    ☐Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■No
    ☐Yes

Debtor    **Jack & Ginger's Dogcare, Inc**_____    Case number *(If known)* _____
　　　　　　Name

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■No.  Go to Part 9.
　　☐Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

　　■No.  Go to Part 10.
　　☐Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■No.  Go to Part 11.
　　☐Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　■No.  Go to Part 12.
　　☐Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Jack & Ginger's Dogcare, Inc**
      Name

Case number *(If known)*

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $600.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $600.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** — Amount of claim — Do not deduct the value of collateral. / **Column B** — Value of collateral that supports this claim |

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|
| **2.1    Park Family**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Security deposit with landlord of $5,900.00** | **$9,000.00** | **$0.00** |
| **5111 N. Lawrence Ave**<br>**Chicago, IL 60625**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No<br>☐ Yes. Specify each creditor, including<br>this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $9,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1<br>did you enter the<br>related creditor? | Last 4 digits of<br>account number<br>for this entity |
|---|---|---|
| -NONE- | Line | |

**Fill in this information to identify the case:**

Debtor name   **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00** | **$0.00** |
| **Illinois Department of Employment**<br>**33 S. State, 9th Floor**<br>**Chicago, IL 60603** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.00** | **$0.00** |
| **Illinois Department of Revenue**<br>**100 W Randolph 7th Floor**<br>**Bankruptcy Unit**<br>**Chicago, IL 60601** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          35230                          Best Case Bankruptcy

Debtor    **Jack & Ginger's Dogcare, Inc**                                    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Serives**
**O.O. Box 145566**
**Cincinnati, OH 45250-5566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**NOTICE ONLY**

Basis for the claim:
_____

Last 4 digits of account
number
Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Ooperations**
**POB 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

Last 4 digits of account
number
Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

**1st Class**
**13029 Royal Firn Dr**
**Orlando, FL 32828**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.75 |
|---|---|---|---|

**Abby Marfurt**
**5001 N. Lincoln Ave.**
**Apt. 2**
**Chicago, IL 60625**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$98.00** |
|---|---|---|---|

**Alex Lock**
**2608 W. Leland Ave.**
**# 1**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22.00** |
|---|---|---|---|

**Allison Schien**
**2522 W. Farragut # 3**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$222.75** |
|---|---|---|---|

**Ally Lofgren**
**4852 N. Sacramento**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24.75** |
|---|---|---|---|

**Amanda Fredrick**
**4847 N. Washtenaw Ave., Apt. 1**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 |
|---|---|---|---|

**Amanda Perkett**
2325 W. Ainslie St., Apt 1
Chicago, IL 60625

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**American Express**
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit card purchases**

Date or dates debt was incurred    **NOTICE ONLY**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 |
|---|---|---|---|

**Amy Rhodes**
4754 N Albany Ave. Apt 3
Chicago, IL 60625

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Andrea Giuffre**
186 Salem St.
Wakefield, MA 01880

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan/wages/etc.**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Jack & Ginger's Dogcare, Inc**                              Case number *(if known)* _____
             <sub>Name</sub>

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$405.00** |
|---|---|---|---|

**Barb Natividad**
**4942 N. Spaulding Ave. # 1**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |
|---|---|---|---|

**Brandy Parker**
**2528 W. Winnemac Apt. 3E**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.00** |
|---|---|---|---|

**Carolynn Fisher**
**1826 W. Nelson St.**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$112.00** |
|---|---|---|---|

**Casey Marx**
**4751 N. Artesian Ave. Apt. 404**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Jack & Ginger's Dogcare, Inc**                      Case number (if known) _____
            Name

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$96.00** |
|------|-----|-----|-----|

**Catherine Pilgrim**
**6504 N. Rockwell St**
**Chicago, IL 60645**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |
|------|-----|-----|-----|

**Celene Mielcarek**
**4865 N. Rockwell # 1**
**Chicago, IL 60625**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,500.00** |
|------|-----|-----|-----|

**Chase Ink**
**Cardmember Services**
**P.O. Box 15153**
**Wilmington, DE 19886-5153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit card purchases**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$90.00** |
|------|-----|-----|-----|

**Cintas #769**
**PO Box 88005**
**Chicago, IL 60680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Jack & Ginger's Dogcare, Inc**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**$180.00**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Comcast**
**P.O. Box 16359**
**Philadelphia, PA 19114**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred  **2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.20 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$400.00**

**ComEd**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred  **2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.21 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$21.00**

**Danielle Reed**
**4522 N. Greenview Ave.**
**Chicago, IL 60625**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.22 | **Nonpriority creditor's name and mailing address** |
|---|---|

**$272.00**

**Dawni Freeman**
**5122 N. Bernard St.**
**Chicago, IL 60625**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Jack & Ginger's Dogcare, Inc**                    Case number (if known) _____
_____
Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.00 |

**Diana Maldonado**
**2617 W. Agatite Ave.**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.00 |

**Diana Stafford**
**4854 N. Oakley Apt. 3**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 |

**Emily Claibourne**
**2520 W. Leland Ave.**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.25 |

**Emily Shubeck**
**2743 W. Wilson**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* | |
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$212.00**

**Erin Donohoe**
**4804 N. Hamilton 4N**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$132.00**

**Evan Montague**
**2609 W. Lawrence Ave.**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$173.25**

**Gen Snyder**
**2456 W. Gunnison St. # 1**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$347.50**

**Gretchen Bachman**
**4755 N. Washtenaw Ave. #206**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15.00** |
|---|---|---|---|

**Intuit**
**2700 Coast Ave.**
**Mountain View, CA 94043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.50** |
|---|---|---|---|

**James Johnston**
**4532 N. Albany Ave.**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.00** |
|---|---|---|---|

**Jennifer Avery**
**6110 North Francisco Avenue**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$207.00** |
|---|---|---|---|

**Jennifer Bean**
**4755 N. Washtenaw # 406**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor    **Jack & Ginger's Dogcare, Inc**                              Case number (if known) _____
Name

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 |

**3.35** | Nonpriority creditor's name and mailing address

**Jennifer Kempton**
**1720 S. Michigan # 406**
**Chicago, IL 60616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

$27.00

---

**3.36** | Nonpriority creditor's name and mailing address

**Jeremy Lueck**
**2121 W. Leland Ave.**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

$54.00

---

**3.37** | Nonpriority creditor's name and mailing address

**Joe Kordesich**
**4917 N. Lincoln Ave., Unit 1**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

$283.50

---

**3.38** | Nonpriority creditor's name and mailing address

**Jon Tinkler**
**1623 W. Wilson Ave. # 2**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

$454.50

---

Debtor **Jack & Ginger's Dogcare, Inc**                Case number (if known) _____
Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.00 |

**Kathryn Carey**
**4705 N. Campbell # 2**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.40 | Nonpriority creditor's name and mailing address | $198.00 |

**Kelly Mitchell**
**5001 N. Lincoln Ave., Unit 6**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.41 | Nonpriority creditor's name and mailing address | $198.00 |

**Kevin Klienick**
**3748 N. Damen Ave.**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.42 | Nonpriority creditor's name and mailing address | $232.00 |

**Kirsten Almberg**
**2459 W. Wilson Ave., Apt**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$176.00** |
|---|---|---|---|

**Lakeshore Waste**
**6132 Oakton St**
**Morton Grove, IL 60053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$243.00** |
|---|---|---|---|

**Laura Jerzyk**
**2510 W. Leland Ave., Apt 3**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.00** |
|---|---|---|---|

**Laura MacDonald**
**4933 N. Leavitt**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$81.00** |
|---|---|---|---|

**Lauren Hammond**
**4111 N. Mozart Unit 3W**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

Debtor **Jack & Ginger's Dogcare, Inc**     Case number *(if known)* _____

Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$445.50** |

**Lauren McNamara**
**4865 N. Washtenaw Ave. #2**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |

**Laury Cornell**
**2950 W. Wilson**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24.75** |

**Linda Clifton**
**4407 W. Leland Ave.**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$91.00** |

**Lindsay Klienick**
**4451 N. California**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number (if known) | |
| | Name | | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**Lizzy Kinasz**
**5067 N. Lincoln Ave., # 201**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$243.00** |

**Marisa Heilman-Hernandez**
**4509 N. Albany Ave. # 2**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$206.50** |

**Mark Macumber**
**2739 W. Giddings**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$816.75** |

**Martii Kuznicki**
**1468 W. Balmoral # 1**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Jack & Ginger's Dogcare, Inc**                                    Case number (if known) _____
                              Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.75 |

**Nonpriority creditor's name and mailing address**
**Nola Martin**
**2842 W. Glenlake**
**Chicago, IL 60625**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

$24.75

---

**3.56    Nonpriority creditor's name and mailing address**
**On Deck**
**1400 Broadway**
**New York, NY 10101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Line of Credit**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

$2,500.00

---

**3.57    Nonpriority creditor's name and mailing address**
**Peoples Gas**
**200 E. Randolph**
**Chicago, IL 60601**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

$30.00

---

**3.58    Nonpriority creditor's name and mailing address**
**Petexec**
**1670 Paonia St**
**Colorado Springs, CO 80915**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

$75.00

---

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $245.00 |
|---|---|---|---|

**Sarah Hoxie**
**4744 N. Maplewood Avenue**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $272.25 |
|---|---|---|---|

**Sarah Russe**
**5065 N. Bernard**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

**Shawn Monroe**
**3142 W. Cullom Ave., 3W**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,200.00 |
|---|---|---|---|

**State Farm Fire and Casualty Co.**
**2702 Ireland Grove Rd.**
**Bloomington, IL 61709-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Jack & Ginger's Dogcare, Inc**
_____   Case number (if known) _____
Name

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.00 |
|---|---|---|---|

**Stephanie Adamo**
**2705 W. Ainslie St., Apt 2**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 |
|---|---|---|---|

**Stephanie Zisk**
**2348 W. Wilson**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.50 |
|---|---|---|---|

**Stockton Mayer**
**4525 N. Rockwell**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.50 |
|---|---|---|---|

**Susan Lanz**
**5104 N. Claremont**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Jack & Ginger's Dogcare, Inc**                                    Case number (if known) _____
Name

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$396.00** |
|---|---|---|---|

**Tracy Frey**
**4061 W. Grenlake Ave.**
**Chicago, IL 60625**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29.00** |
|---|---|---|---|

**Tracy Miller**
**3147 W. Wellington Ave.**
**Chicago, IL 60625**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Contract dispute**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 24,700.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 20,036.25 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 44,736.25 |

**Fill in this information to identify the case:**

Debtor name  **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Jack & Ginger's Dogcare, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■Operating a business<br>☐Other  _____ | **$0.00** |
    | **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■Operating a business<br>☐Other  _____ | **$150,000.00** |
    | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■Operating a business<br>☐Other  _____ | **$226,247.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
    lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Jack & Ginger's Dogcare, Inc** _____    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Andrea Giuffre** **186 Salem St.** **Wakefield, MA 01880** **Owner/director/officer** | | **$9,000.00** | **salary and expense reimbursement.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■None.

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■None.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Jack & Ginger's Dogcare, Inc**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Lavelle Law**<br>**501 W. Colfax**<br>**Palatine, IL 60067** | | **2/2015** | **$2,000.00** |
| **Email or website address**<br>**www.lavellelaw.com** | | | |
| **Who made the payment, if not debtor?**<br>**Parents of owner/director/officer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* | |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | XXXX- | ■Checking<br>☐Savings<br>☐Money Market<br>☐Brokerage<br>☐Other__ | **12/2015** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Jack & Ginger's Dogcare, Inc** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Jack & Ginger's Dogcare, Inc**                    Case number (if known) _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Ripple Tax & Financial Services, Inc**<br>**2310 W. Belmont Ave.**<br>**Chicago, IL 60618** | **2011 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Andrea Giuffre** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrea Giuffre** | | **President** | **50% of outstanding shares.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Other partner** | **IL** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Jack & Ginger's Dogcare, Inc**

Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☙ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☙ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2016**

**/s/ Andrea Giuffre**                                    **Andrea Giuffre**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■No
☐Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jack & Ginger's Dogcare, Inc**                                         Case No. _____

                                             Debtor(s)                          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **2,000.00** |
    | Prior to the filing of this statement I have received | $ | **2,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Parents of Andrea Giuffre the owner/director/officer  of the corporation.**

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 11, 2016**                              **/s/ Timothy M. Hughes**
_Date_                                             **Timothy M. Hughes 6208982**
                                                   _Signature of Attorney_
                                                   **Lavelle Law, Ltd.**
                                                   **501 W Colfax**
                                                   **Palatine, IL 60067**
                                                   **847.705-9698  Fax: 847.241-1702**
                                                   **thughes@lavellelaw.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jack & Ginger's Dogcare, Inc**

Debtor(s)

Case No. _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **73**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 11, 2016**

**/s/ Andrea Giuffre**
**Andrea Giuffre/President**
Signer/Title

1st Class
13029 Royal Firn Dr
Orlando, FL 32828


Abby Marfurt
5001 N. Lincoln Ave.
Apt. 2
Chicago, IL 60625


Alex Lock
2608 W. Leland Ave.
# 1
Chicago, IL 60625


Allison Schien
2522 W. Farragut # 3
Chicago, IL 60625


Ally Lofgren
4852 N. Sacramento
Chicago, IL 60625


Amanda Fredrick
4847 N. Washtenaw Ave., Apt. 1
Chicago, IL 60625


Amanda Perkett
2325 W. Ainslie St., Apt 1
Chicago, IL 60625


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Amy Rhodes
4754 N Albany Ave. Apt 3
Chicago, IL 60625


Andrea Giuffre
186 Salem St.
Wakefield, MA 01880


Barb Natividad
4942 N. Spaulding Ave. # 1
Chicago, IL 60625

Brandy Parker
2528 W. Winnemac Apt. 3E
Chicago, IL 60625


Carolynn Fisher
1826 W. Nelson St.
Chicago, IL 60625


Casey Marx
4751 N. Artesian Ave. Apt. 404
Chicago, IL 60625


Catherine Pilgrim
6504 N. Rockwell St
Chicago, IL 60645


Celene Mielcarek
4865 N. Rockwell # 1
Chicago, IL 60625


Chase Ink
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Cintas #769
PO Box 88005
Chicago, IL 60680


Comcast
P.O. Box 16359
Philadelphia, PA 19114


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Danielle Reed
4522 N. Greenview Ave.
Chicago, IL 60625


Dawni Freeman
5122 N. Bernard St.
Chicago, IL 60625

Diana Maldonado
2617 W. Agatite Ave.
Chicago, IL 60625


Diana Stafford
4854 N. Oakley Apt. 3
Chicago, IL 60625


Emily Claibourne
2520 W. Leland Ave.
Chicago, IL 60625


Emily Shubeck
2743 W. Wilson
Chicago, IL 60625


Erin Donohoe
4804 N. Hamilton 4N
Chicago, IL 60625


Evan Montague
2609 W. Lawrence Ave.
Chicago, IL 60625


Gen Snyder
2456 W. Gunnison St. # 1
Chicago, IL 60625


Gretchen Bachman
4755 N. Washtenaw Ave. #206
Chicago, IL 60625


Illinois Department of Employment
33 S. State, 9th Floor
Chicago, IL 60603


Illinois Department of Revenue
100 W Randolph 7th Floor
Bankruptcy Unit
Chicago, IL 60601


Internal Revenue Serives
O.O. Box 145566
Cincinnati, OH 45250-5566

Internal Revenue Service
Centralized Insolvency Ooperations
POB 7346
Philadelphia, PA 19101-7346


Intuit
2700 Coast Ave.
Mountain View, CA 94043


James Johnston
4532 N. Albany Ave.
Chicago, IL 60625


Jennifer Avery
6110 North Francisco Avenue
Chicago, IL 60625


Jennifer Bean
4755 N. Washtenaw # 406
Chicago, IL 60625


Jennifer Kempton
1720 S. Michigan # 406
Chicago, IL 60616


Jeremy Lueck
2121 W. Leland Ave.
Chicago, IL 60625


Joe Kordesich
4917 N. Lincoln Ave., Unit 1
Chicago, IL 60625


Jon Tinkler
1623 W. Wilson Ave. # 2
Chicago, IL 60625


Kathryn Carey
4705 N. Campbell # 2
Chicago, IL 60625


Kelly Mitchell
5001 N. Lincoln Ave., Unit 6
Chicago, IL 60625

Kevin Klienick
3748 N. Damen Ave.
Chicago, IL 60625


Kirsten Almberg
2459 W. Wilson Ave., Apt
Chicago, IL 60625


Lakeshore Waste
6132 Oakton St
Morton Grove, IL 60053


Laura Jerzyk
2510 W. Leland Ave., Apt 3
Chicago, IL 60625


Laura MacDonald
4933 N. Leavitt
Chicago, IL 60625


Lauren Hammond
4111 N. Mozart Unit 3W
Chicago, IL 60625


Lauren McNamara
4865 N. Washtenaw Ave. #2
Chicago, IL 60625


Laury Cornell
2950 W. Wilson
Chicago, IL 60625


Linda Clifton
4407 W. Leland Ave.
Chicago, IL 60625


Lindsay Klienick
4451 N. California
Chicago, IL 60625


Lizzy Kinasz
5067 N. Lincoln Ave., # 201
Chicago, IL 60625

Marisa Heilman-Hernandez
4509 N. Albany Ave. # 2
Chicago, IL 60625


Mark Macumber
2739 W. Giddings
Chicago, IL 60625


Martii Kuznicki
1468 W. Balmoral # 1
Chicago, IL 60625


Nola Martin
2842 W. Glenlake
Chicago, IL 60625


On Deck
1400 Broadway
New York, NY 10101


Park Family
5111 N. Lawrence Ave
Chicago, IL 60625


Peoples Gas
200 E. Randolph
Chicago, IL 60601


Petexec
1670 Paonia St
Colorado Springs, CO 80915


Sarah Hoxie
4744 N. Maplewood Avenue
Chicago, IL 60625


Sarah Russe
5065 N. Bernard
Chicago, IL 60625


Shawn Monroe
3142 W. Cullom Ave., 3W
Chicago, IL 60625

State Farm Fire and Casuality Co.
2702 Ireland Grove Rd.
Bloomington, IL 61709-0001


Stephanie Adamo
2705 W. Ainslie St., Apt 2
Chicago, IL 60625


Stephanie Zisk
2348 W. Wilson
Chicago, IL 60625


Stockton Mayer
4525 N. Rockwell
Chicago, IL 60625


Susan Lanz
5104 N. Claremont
Chicago, IL 60625


Tracy Frey
4061 W. Grenlake Ave.
Chicago, IL 60625


Tracy Miller
3147 W. Wellington Ave.
Chicago, IL 60625

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jack & Ginger's Dogcare, Inc**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Jack & Ginger's Dogcare, Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Andrea Giuffre**
**186 Salem St**
**Wakefield, MA 01880**

☐None [*Check if applicable*]

**February 11, 2016**

Date

**/s/ Timothy M. Hughes**

**Timothy M. Hughes 6208982**

Signature of Attorney or Litigant
Counsel for    **Jack & Ginger's Dogcare, Inc**
**Lavelle Law, Ltd.**
**501 W Colfax**
**Palatine, IL 60067**
**847.705-9698 Fax:847.241-1702**
**thughes@lavellelaw.com**